In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-01-00222-CR


______________________________




FRANCISCO GONZALEZ, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 402nd Judicial District Court


Wood County, Texas


Trial Court No. 15,704-98




 




Before Cornelius, C.J., Grant and Ross, JJ.


Opinion by Justice Grant



O P I N I O N



 Francisco Gonzales has filed a motion in which he asks this court to dismiss his appeal. 
Pursuant to Tex. R. App. P. 42.2, his motion is granted.

 The appeal is dismissed.



 Ben Z. Grant

 Justice


Date Submitted: May 21, 2002

Date Decided: May 21, 2002


Do Not Publish



pan>
Memorandum Opinion by Chief Justice Morriss


MEMORANDUM OPINION

            Willie John Bowie has filed a motion asking this Court to dismiss his appeal. Pursuant to
Tex. R. App. P. 42.2, his motion is granted.
            We dismiss the appeal.
 
 
                                                                                    Josh R. Morriss, III
                                                                                    Chief Justice

Date Submitted:          November 3, 2003
Date Decided:             November 4, 2003

Do Not Publish